IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DALE HARRY HYLOK, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-08-43C |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Respondents | ) | |

ORDER OF TRANSFER

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on January 16, 2008, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The substance of Petitioner's objection is that he *prefers* the Western District to the Northern District. Having cited no fact or law in support of his objections, it is overruled.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 1st day of February, 2008.

ROBIN J. CAUTHRON
United States District Judge